**B9I (Official Form 9I)** (Chapter 13 Case) (12/10)                    Case Number **11−33565−KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on May 27, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Karen Ann Hardesty
 aka Karen Ann Green
7217 Finch Lane
Fredericksburg, VA 22407

| | |
|---|---|
| Case Number: 11−33565−KRH<br>Office Code: 3 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−9853 |
| Attorney for Debtor(s) (name and address):<br>Not Represented by Attorney | Bankruptcy Trustee (name and address):<br>Robert E. Hyman<br>P.O. Box 1780<br>Richmond, VA 23218−1780<br>Telephone number: (804) 775−0979 |

### Meeting of Creditors

Date: **July 14, 2011**          Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street − Suite 4300, Richmond, VA 23219−1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit): **October 12, 2011**     For a governmental unit: **November 23, 2011**

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:   September 12, 2011**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015−2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:

Date: **August 31, 2011**          Time: **09:00 AM**
Location: **Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24−hours case information:**<br>Toll Free 1−800−326−5879 | Date: May 31, 2011 |

## EXPLANATIONS  B9I (Official Form 9I) (12/07)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code §§ 362 and §§ 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self–addressed envelope.** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §§1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

–– Refer to Other Side for Important Deadlines and Notices ––

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, and 2003–1.)

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**

**Richmond Division:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ANY ATTACHMENTS MUST BE 8 1/2 BY 11"**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Eastern District of Virginia | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Karen Ann Hardesty | Case Number: 11-33565 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** ____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

    **if any:** $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 11-33565-KRH
Karen Ann Hardesty                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: smithla             Page 1 of 2              Date Rcvd: May 31, 2011
                              Form ID: B9I              Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2011.
```
db           +Karen Ann Hardesty,    7217 Finch Lane,   Fredericksburg, VA 22407-2599
tr            Robert E. Hyman,    P.O. Box 1780,   Richmond, VA 23218-1780
10480631     +Allied Interstate,    3000 Corporate Exchange Drive,   Columbus, OH 43231-7684
10480634     +Arrow Financial Services,    8589 Aero Drive, Suite 600,   San Diego, CA 92123-1703
10480640    ++CAVALRY PORTFOLIO SERVICES LLC,   500 SUMMIT LAKE DR,   STE 400,   VALHALLA NY 10595-2322
             (address filed with court: Cavalry Portfolio Service,    7 Skyline Drive, 3rd Floor,
             Hawthorne, NY 10532)
10480637    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
             (address filed with court: CACH LLC,    370 17th ST STE 5000,   Denver, CO 80202)
10480674     +Check into Cash,    2225 Plank Road,   Fredericksburg, VA 22401-5226
10480643      CitiFinancial,    300 Saint Paul Street,   Baltimore, MD 21202-2120
10480645     +Enhanced Recovery Co LLC,    8014 Bayberry RD,   Jacksonville, FL 32256-7412
10480675     +Fredericksburg, CR Bur,    10506 Wakeman Dr.,   Fredericksburg, VA 22407-8040
10480648     +Jormandy, LLC,    6363 Center Drive Bldg 6, Suite 203,   Norfolk, VA 23502-4103
10480650      Leading Edge Recovery Solutions,    P.O. Box 129,   Linden, MI 48451-0129
10480673      Midnight Velvet,    1112 ]'h Avenue,   Monroe, WI 53566-1364
10480659     +Salem Fields Homeowners Association,    law Office of Chad Rinard,   809 William Street, Suite C,
             Fredericksburg, VA 22401-4758
10480658      Santander Consumer USA,    P.O. Box 961245,   Fort Worth, TX 76161-0244
10480667      WFNNB/Newport News,    955 W. 122nd Ave,   Westminster, CO 80234
10480671     +WFNNB/ValueCityRoomStore,    P.O. Box 182303,   Columbus, OH 43218-2303
10480672     +Zenith Acquisitions,    170 North Pointe PA Suite 300,   Amherst, NY 14228-1992
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10480632      EDI: HNDA.COM Jun 01 2011 01:18:00     American Honda Finance,   8601 Mcalpine Park Dr STE 230,
             Charlotte, NC 28211-6305
10480633     +EDI: ARROW.COM Jun 01 2011 01:18:00     Arrow Financial Services,   5996 W. Touhy Avenue,
             Niles, IL 60714-4610
10480635     +EDI: ACCE.COM Jun 01 2011 01:18:00     Asset Acceptance LLC,   P.O. Box 2036,
             Warren, MI 48090-2036
10480636     +EDI: HFC.COM Jun 01 2011 01:18:00     Beneficial/Household Finance,   961 N. Weigel Avenue,
             Elmhurst, IL 60126-1050
10480639     +EDI: CAPITALONE.COM Jun 01 2011 01:18:00     Capital One,   P.O. Box 85520,
             Richmond, VA 23285-5520
10480638      EDI: CAPITALONE.COM Jun 01 2011 01:18:00     Capital One,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
10480641     +EDI: CHASE.COM Jun 01 2011 01:18:00     Chase Bank USA,   P.O. Box 15298,
             Wilmington, DE 19850-5298
10480642     +EDI: CITICORP.COM Jun 01 2011 01:18:00     Citgo/CBSD,   P.O. Box 6497,
             Sioux, Falls, SO 57117-6497
10480661     +EDI: CITICORP.COM Jun 01 2011 01:18:00     Citibank/Home Depot,   P.O. Box 6497,
             Sioux Falls, SD 57117-6497
10480644     +EDI: CREDPROT.COM Jun 01 2011 01:18:00     Credit Protection Association,   One Galleria Tower,
             13355 Noel Rd. STE 2100,   Dallas, TX 75240-6837
10480646      EDI: CITICORP.COM Jun 01 2011 01:18:00     ExxonMobil/Citibank,   P.O. Box 6497,
             Sioux Falls, SD 57117-6497
10480676     +EDI: RMSC.COM Jun 01 2011 01:18:00     GE Money Bank/Care Credit,   P.o. Box 981439,
             EI Paso, TX 79998-1439
10480681      EDI: RMSC.COM Jun 01 2011 01:18:00     GE/JC PENNY,   PO BOX 981402,   EL PASO, TX 79998-1402
10480682      EDI: CITICORP.COM Jun 01 2011 01:18:00     HOME DEPOT,   CCS GRAY OPS CENTER,   PO BOX 6497,
             SIOUX FALLS, SD 57117-6497
10480678      EDI: HFC.COM Jun 01 2011 01:18:00     HSBC/Best Buy,   P.O. Box 15519,   Wilmington, DE 19850
10480680      EDI: HFC.COM Jun 01 2011 01:18:00     HSBC/Roomstore,   P.O. Box 15524,
             Wilmington, DE 19850-5522
10480677     +EDI: HFC.COM Jun 01 2011 01:18:00     HSBC Bank Nevada,   P.O. Box 5253,
             Carol Stream, IL 60197-5253
10480647     +EDI: HFC.COM Jun 01 2011 01:18:00     HSBC Retail Services,   90 Christiana Road,
             New Castle, DE 19720-3118
10480679     +EDI: HFC.COM Jun 01 2011 01:18:00     HSBC/BSTBY,   P.O. Box 15521,   Wilmington, DE 19850-5521
10480649     +EDI: CBSKOHLS.COM Jun 01 2011 01:18:00     Kohls/Chase,   P.O. Box 3115,
             Milwaukee, WI 53201-3115
10480651     +EDI: RESURGENT.COM Jun 01 2011 01:18:00     LVNV Funding, LLC,   P.O. Box 10497,
             Greenville, SC 29603-0497
10480652      E-mail/Text: camanagement@mandtbank.com Jun 01 2011 01:26:45     M&T Mortgage,
             626 Commerce Drive,   Amherst, NY 14228-2307
10480653      EDI: TSYS2.COM Jun 01 2011 01:18:00     MACY's,   P.O. Box 8218,   Mason, OH 45040-8218
10480655      EDI: MERRICKBANK.COM Jun 01 2011 01:18:00     Merrick Bank,   P.O. Box 9201,
             Old Bethpage, NY 11804-9001
10480654     +EDI: MERRICKBANK.COM Jun 01 2011 01:18:00     Merrick Bank,   10705 Jordan GTW STE 200,
             South Jordan, UT 84095-3977
10480656     +EDI: MID8.COM Jun 01 2011 01:18:00     Midland Credit Management,   8875 Aero Drive,
             San Diego, CA 92123-2251
10480657      EDI: PRA.COM Jun 01 2011 01:18:00     Portfolio Recovery Associates,   120 Corporate Blvd STE 1,
             Norfolk, VA 23502
```

```
District/off: 0422-7           User: smithla              Page 2 of 2                   Date Rcvd: May 31, 2011
                               Form ID: B9I               Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
10480660     +EDI: CITICORP.COM Jun 01 2011 01:18:00      Shell/Citibank SD,   P.O. Box 6497,
              Sioux Falls, SD 57117-6497
10480662     +EDI: AFNIVERIZONE.COM Jun 01 2011 01:18:00    Verizon Virginia INC,   500 Technology DR,
              Weldon Spring, MO 63304-2225
10480665     +EDI: WFNNB.COM Jun 01 2011 01:18:00     WFNNB/ Dress Barn,   P.O. Box 182789,
              Columbus, OH 43218-2789
10480669     +EDI: WFNNB.COM Jun 01 2011 01:18:00     WFNNB/ Victoria's Secret,   P.O. Box 182789,
              Columbus, OH 43218-2789
10480670     +EDI: WFNNB.COM Jun 01 2011 01:18:00     WFNNB/Chadwick of Boston,   P.O. Box 182789,
              Columbus, OH 43218-2789
10480666     +EDI: WFNNB.COM Jun 01 2011 01:18:00     WFNNB/NY&C,   220 W. Schrock RD,
              Westerville, OH 43081-2873
10480668     +EDI: WFNNB.COM Jun 01 2011 01:18:00     WFNNB/Value City,   P.O. Box 182789,
              Columbus, OH 43218-2789
10480664      EDI: WFFC.COM Jun 01 2011 01:18:00      Wells Fargo Financial,   4143 121" St,
              Urbandale, IA 50323-2310
10480663     +EDI: WFFC.COM Jun 01 2011 01:18:00      Wells Fargo Financial Cards,   P.O. Box 5445,
              Portland, OR 97228-5445
10480672     +EDI: ZENITHACQ.COM Jun 01 2011 01:18:00      Zenith Acquisitions,   170 North Pointe PA Suite 300,
              Amherst, NY 14228-1992
                                                                                              TOTAL: 37

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2011**                **Signature:**     *Joseph Speetjens*